# Court of Appeals
# of the State of Georgia

ATLANTA, August 9, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2024. GASKINS v. THE STATE

This appeal was docketed on June 4, 2012, and appellant's brief was due to be filed on June 24, 2012. No extension of time to file brief has been granted, and as of this date of this order, no brief has been filed. The State has moved to dismiss the case.

Accordingly, the motion is GRANTED and this appeal is hereby dismissed. *Rowland v. State*, 264 Ga. 872, 875 (452 SE2d 756) (1995); Court of Appeals Rules 13, 22 (a), 23 (a). Further, the Clerk of this Court is directed to send a copy of this order directly to Mr. Gaskins and two copies to his counsel, Richard Greenberg. Mr. Greenberg is also directed to send a copy of this order to Mr. Gaskins.

Mr. Greenberg shall bear the primary responsibility of informing Mr. Gaskins of the disposition of this appeal and his options as a result. But in light of Mr. Greenberg's failure to adequately prosecute Mr. Gaskins' appeal, in accordance *with Rowland v. State*, supra, Mr. Gaskins is advised of the following:

Your appeal was dismissed because Mr. Greenberg failed to file a brief and enumeration of errors. If you have decided you do not want to appeal, nothing more need be done. If you still want to appeal, however, you may move for an out-of-time appeal in the trial court. Should your motion for an out-of-time appeal be granted, the trial court may appoint another attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied, that denial may be appealed to this court within thirty (30) days of the trial court's decision.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 9, 2012.*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*